



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-00064** |
| v. | * | SECTION: **SECT. L MAG. 5** |
| ALTON GRAYSON | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(8) |
| | * | 18 U.S.C. § 924(c)(1)(A)(i) |
| | | 21 U.S.C. § 841(a)(1) |
| | * | 21 U.S.C. § 841(b)(1)(B) |

\*   \*   \*

The Grand Jury charges that:

**COUNT 1**
**(Felon in Possession of a Firearm)**

On or about January 16, 2023, in the Eastern District of Louisiana, the defendant, **ALTON GRAYSON**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a May 5, 2015 conviction in the 24th Judicial District Court, State of Louisiana, Case Number 14-2838 for possession with intent to distribute heroin in violation of La. R.S. 40:966; a January 9, 2007 conviction in the 24th Judicial District Court, State of Louisiana, Case Number 06-1525 for possession of cocaine in violation of La. R.S. 40:967;

```
Fee_____
Process_____
X Dktd_____
__CtRmDep_____
__Doc.No._____
```

and a March 19, 2004 conviction in the 24th Judicial District Court, State of Louisiana, Case Number 04-1056 for possession of cocaine in violation of La. R.S. 40:967, did knowingly possess a firearm, to wit: a Kimber Ultra TLE II, .45 caliber semi-automatic pistol, bearing serial number KU180334, said firearm having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
### (Possession with the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine)

On or about January 16, 2023, in the Eastern District of Louisiana, the defendant, **ALTON GRAYSON**, did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about January 16, 2023, in the Eastern District of Louisiana, the defendant, **ALTON GRAYSON**, did knowingly possess a firearm, to wit: a Kimber Ultra TLE II, .45 caliber semi-automatic pistol, bearing serial number KU180334, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, as charged in Count Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 3 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 and 3, the defendant, **ALTON GRAYSON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to the following:

> Kimber Model Ultra TLE II, .45 caliber semi-automatic pistol, bearing serial number KU180334.

3. As a result of the offense alleged in Count 2, the defendant, **ALTON GRAYSON**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offense, and any property, used or intended to be used, in any manner or part to commit or to facilitate the commission of said offense.

4. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

████████████████

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

*[signature]*

DAVID M. BERMAN
Assistant United States Attorney
Massachusetts Bar No. 685917
New York Bar No. 5175708


New Orleans, Louisiana
April 14, 2023

4

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT
Eastern _____ District of _____ Louisiana
_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

## ALTON GRAYSON

# INDICTMENT

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATIONS: Title 18 U.S.C. Section 922(g)(1)
Title 18 U.S.C. Section 924(a)(8)
Title 21 U.S.C. Section 841(a)(1)
Title 21 U.S.C. Section 841(b)(1)(B)
Title 18 U.S.C. Section 924(c)(1)(A)(i)

A true bi██████████████
            *Foreperson*

Filed in open court this _____ day of _____ A.D.
2023.

_____
*Clerk*

Bail, $ _____

_____
DAVID M. BERMAN
Assistant United States Attorney